## (June 4, 1943.)

RUDOLPH R. LOENING et al., Constituting the Charter Commission of the City of Glen Cove, Plaintiffs, v. WILLIAM H. SEAMAN et al., Constituting the City Council of the City of Glen Cove, et al., Defendants.—

Present— Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

## (June 7, 1943.)

BERNARD G. ANTUN, Respondent, v. MASHOLIE-SALVATOR Co., INC., et al., Defendants, and CHARLES MASHOLIE, Defendant-Appellant.—

No opinion.   Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.